1 | BENJAMIN B. WAGNER
United States Attorney
2 | JASON HITT
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:13-cr-0206 MCE |
| Plaintiff, | ) | |
| | ) | **NOTICE OF RELATED CASES** |
| v. | ) | |
| | ) | [Local Rules 123(a)(4), 123(c)] |
| ISRAEL WASHINGTON, | ) | |
| DEYONTE SPEARS, | ) | |
| TYRONE WEATHERSBY, | ) | |
| ANTHONY SANCHEZ, and | ) | |
| MYRON MEADOWS, | ) | |
| | ) | |
| Defendants. | ) | |

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-0207 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASES** |
| | ) | |
| v. | ) | [Local Rules 123(a)(4), 123(c)] |
| | ) | |
| ISRAEL WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice of Related Cases

# NOTICE OF RELATED CASES

The United States of America, by and through Assistant United States Attorney Jason Hitt, notices the Court and the Clerk of the Court that the recently-returned Indictment in <u>United States v. Washington, et al.,</u> Case No. 2:13-cr-0206 MCE, is related to the subsequent Indictment in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK.  As a result, the subsequent case assigned to the Honorable Lawrence K. Karlton in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK, should be reassigned to the Honorable Morrison C. England, Jr. based upon the authority set forth below.

The two Washington Indictments are partially related within the meaning of Eastern District of California Local Rule 123(a)(1) and fully related under Local Rule 123(a)(4).  In particular, under Local Rule 123(a)(1), both actions involve the same parties, namely, the United States and defendant Israel Washington.  Although they are not based on the same or a similar claim, as required by Local Rule 123(a)(1), the Court should be aware the subsequent Washington Indictment does not include any parties who are not also included in the initial drug trafficking Indictment assigned to Judge England.

The matters are related under Local Rule 123(a)(4) because keeping the Washington cases assigned to different District Judges would entail substantial duplication of labor.  In particular, if the matters are not consolidated before one District Judge, the defendant would be required to make court routine appearances before two distinct District Judges in the same division of the Eastern District of California, proceed to trial or enter guilty pleas before two different District Judges, and be sentenced separately by different District Judges.  The matters are therefore related under Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a great savings of judicial effort.

1  The United States therefore respectfully requests that this Honorable Court (1) relate the criminal
2  Indictment in <u>United States v. Washington, et al.</u>, Case No. 2:13-cr-0206 MCE, to the subsequent
3  Indictment in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK; and (2) order the Clerk's
4  Office to reassign the Indictment in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK, to the
5  Honorable Morrison C. England, Jr. pursuant to Local Rule 123(c).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 12, 2013      By: <u>/s/Jason Hitt</u>
                                JASON HITT
                                Assistant U.S. Attorney

Notice of Related Cases

**O R D E R**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Washington, et al.</u>, Case No. 2:13-cr-0206 MCE, is related to the case of <u>United States v. Washington</u>, Case No. 2:12-cr-0207 LKK, within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single District Judge is likely to effect a great savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Washington</u>, Case 2:13-cr-0207 LKK, to the Honorable Morrison C. England, Jr. and that case shall be designated "Case No. 2:13-cr-0207 MCE"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED**.

DATED:  June 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE