DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:13 CR 0206 MCE |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND MODIFICATION OF SENTENCING SCHEDULE |
| vs. | |
| ISREAL WASHINGTON, | |
| Defendant | |

       Plaintiff, United States of America, by and through its counsel of record, and the defendant ISREAL WASHINGTON., by and through his counsel of record, hereby stipulate as follows:

       1.    By previous order, this matter was set for sentencing on October 1, 2015 at 9:00 a.m.

       2.    By this stipulation, the defendant now moves to continue defendant Washington's sentencing to December 10, 2015, and to exclude time between October 1 2015 and December 10, 2015 under Local Code T4.  Plaintiff does not oppose this request.

       3.    The parties agree and stipulate, and request that the Court find the following:

       a.    Defense counsel has requested the appointment of a sentencing expert to review Mr. Washington's case and sentencing issues.  The court approved said request on September 9,

2015. The expert will require additional time to review Mr. Washington's case, the presentence report and to interview Mr. Washington and relevant family members.

  b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 1, 2015 to December 10, 2015, at 9:00 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  5. The parties stipulate and approve the following sentencing schedule changes:

The proposed Presentence Report shall be disclosed to counsel no later than October 29 2015;

Counsel's written objections shall be delivered to the Probation Officer and opposing counsel no later than November 11, 2015;

The Presentence Report shall be filed with the Court and disclosed to counsel no later than November 19, 2015;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than November 25, 2015 (November 26, 2015 is Thanksgiving);

Reply, or Statement of Non-Opposition, December 3, 2015; and,

Judgment and Sentencing Date, December 10, 2015.

Dated:  9-15-15

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.,
Attorney for
Isreal Washington

Datred:  9-15-15

/s/ Jason Hitt
Jason Hitt
Assistant United States Attorney
Authorized to sign for Jason Hitt
On September 15, 2015

**IT IS SO ORDERED.**

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT