DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ISREAL WASHINGTON,<br><br>          Defendant | Case No.: 2:13 CR 0206 MCE<br><br>STIPULATION TO CONTINUE STATUS HEARING AND JUDGMENT AND SENTENCING |

     Plaintiff, United States of America, by and through its counsel of record, and the defendant ISREAL WASHINGTON., by and through his counsel of record, hereby stipulate as follows:

     1.     By previous order, this matter was set for sentencing on January 28, 2016 at 9:00 a.m.  By Court's own motion of January 22, 2016 the matter was scheduled for a Status hearing on January 28, 2016 and sentencing was continued to February 11, 2016.

     2.     By this stipulation, the defendant now moves to continue defendant Washington's status hearing and sentencing to February 18, 2016, and to exclude time between January 28, 2016 and February 18, 2016 under Local Code T4.  Plaintiff does not oppose this request.

     3.     The parties agree and stipulate, and request that the Court find the following:

     a.     Defense counsel requested the appointment of a sentencing expert to review Mr. Washington's case and sentencing issues.  The court approved said request on September 9,

2015.  Defense counsel will be out of the country on a pre-paid family trip from January 28, 2016 to February 4, 2016.

      b.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2016 to February 18, 2016, at 9:00 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  1-25-16

                                                            /s/ Danny D. Brace, Jr.
                                                            DANNY D. BRACE, JR.,
                                                            Attorney for
                                                           Isreal Washington

Dated:  1-25-16                              /s/ Jason Hitt
                                                           Jason Hitt
                                                            Assistant United States Attorney
                                                             Authorized to sign for Jason Hitt
                                                             On January 25, 2016

**ORDER**

Pursuant to the parties above stipulation, the status conference currently set on January 28, 2016, at 9:00 a.m. is hereby VACATED and continued to February 18, 2016, at 9:00 a.m. The Judgment and Sentencing set for February 11, 2016, at 9:00 a.m. is VACATED and continued to March 3, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 26, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT