Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Israel Washington

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

ISRAEL WASHINGTON,

    Defendant.

Case No. 13-cr-00206 MCE

STIPULATION AND ORDER FOR PREPARATION OF NEW PSR AND SETTING JUDGMENT AND SENTENCING DATE

    New counsel was appointed for Mr. Washington after the final and final revised presentence investigation reports were filed but prior to imposition of judgment and sentence. In order to give new counsel an opportunity to submit informal objections, it is stipulated that the final revised presentence investigation report filed January 7, 2016 be deemed the draft report. The following schedule for filing objections to the draft presentence investigation report should be ordered by the court:

///

///

| | |
|---|---|
| Judgment and Sentencing Date | August 18, 2016 at 9:00 a.m. |
| Counsel's Written Objections to the Presence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | July 21, 2016 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | July 28, 2016 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | August 4, 2016 |
| Reply, or Statement of Non-Opposition | August 11, 2016 |

It is further stipulated that this matter be set for judgment and sentencing to occur on August 18, 2016 at 9:00 a.m.

DATED: May 26, 2016                    /s/ Timothy E. Warriner, Attorney for
                                        Defendant, Israel Washington

DATED: May 26, 2016                    /s/ Jason Hitt, Assistant U.S. Attorney

2

## ORDER

GOOD CAUSE APPEARING, the court orders the preparation of a new presentence investigation report and adopts the foregoing schedule for filing objections to the draft report.  This matter is set for judgment and sentencing to occur on August 18, 2016 at 10:00 a.m.  The June 2, 2016 status of sentencing hearing is vacated.

IT IS SO ORDERED.

Dated:  June 1, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE