Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Israel Washington

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00206 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING DATE |
| vs. | |
| ISRAEL WASHINGTON, | |
| Defendant. | |

The parties, after consultation with the United States Probation Officer assigned to this matter, hereby stipulate that the sentencing hearing be continued to September 15, 2015, and adopt the following schedule concerning the PSR:

| Judgment and Sentencing Date | September 15, 2016 at 9:00 a.m. |
|---|---|
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | August 18, 2016 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | August 25, 2016 |

1

| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | September 1, 2016 |
|---|---|
| Reply, or Statement of Non-Opposition | September 8, 2016 |

DATED: July 8, 2016            /s/ Timothy E. Warriner, Attorney for Defendant, Israel Washington

DATED: July 8, 2016            /s/ Jason Hitt, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, the court continues the judgment and sentencing hearing to September 15, 2016 and adopts the foregoing schedule for filing objections to the draft report.

IT IS SO ORDERED.

Dated:  July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE