Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Israel Washington

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISRAEL WASHINGTON,<br><br>    Defendant. | Case No. 13-cr-00206 MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING DATE |

The parties, after consultation with the United States Probation Officer assigned to this matter, hereby stipulate that the sentencing hearing be continued to December 1, 2016, and adopt the following schedule concerning the PSR:

| | |
|---|---|
| Judgment and Sentencing Date | December 1, 2016 at 9:00 a.m. |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | October 27, 2016, 2016 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | November 3, 2016 |

1

| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | November 10, 2016 |
|---|---|
| Reply, or Statement of Non-Opposition | November 17, 2016 |

DATED: September 8, 2016         /s/ Timothy E. Warriner, Attorney for Defendant, Israel Washington

DATED: September 8, 2016         /s/ Jason Hitt, Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation and good cause having been shown, the court continues the judgment and sentencing hearing to December 1, 2016 and adopts the foregoing schedule for filing objections to the draft report.

IT IS SO ORDERED.

Dated: September 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2