Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Israel Washington

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00206 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING DATE |
| vs. | |
| ISRAEL WASHINGTON, | |
| Defendant. | |

The parties, after consultation with the United States Probation Officer assigned to this matter, hereby stipulate that the sentencing hearing be continued to January 12, 2017, and adopt the following schedule concerning the PSR:

| Judgment and Sentencing Date | January 12, 2017 at 9:00 a.m. |
|---|---|
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | December 8, 2016, 2016 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | December 15, 2016 |

1

| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | December 22, 2016 |
|---|---|
| Reply, or Statement of Non-Opposition | December 29, 2016 |

DATED: November 21, 2016        /s/ Timothy E. Warriner, Attorney for Defendant, Israel Washington

DATED: November 21, 2016        /s/ Jason Hitt, Assistant U.S.Attorney

## ORDER

GOOD CAUSE APPEARING, the court continues the judgment and sentencing hearing to January 12, 2017 at 9:00 a.m. and adopts the foregoing schedule for filing objections to the draft report.

IT IS SO ORDERED.

Dated: December 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE