Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Israel Washington

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL WASHINGTON,<br><br>Defendant. | Case No. 13-cr-00206 MCE<br><br>STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING DATE |

The parties hereby stipulate that the sentencing hearing be continued to March 2, 2017 at 9:00 a.m., and adopt the following schedule concerning the PSR:

///
///
///
///
///
///
///

1

| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | February 9, 2017 |
|---|---|
| Reply, or Statement of Non-Opposition | February 16, 2017 |

DATED: January 9, 2017          /s/ Timothy E. Warriner, Attorney for Defendant, Israel Washington

DATED: January 9, 2017          /s/ Jason Hitt, Assistant U.S.Attorney

## ORDER

Good cause having been shown, the court continues the judgment and sentencing hearing to March 2, 2017 at 9:00 a.m. and adopts the foregoing schedule for filing objections to the PSR.

IT IS SO ORDERED.

Dated: January 19, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE