Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Israel Washington

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL WASHINGTON,<br><br>Defendant. | Case No. 13-cr-00206 MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING DATE |

The parties, after consultation with the United States Probation Officer assigned to this matter, hereby stipulate that the sentencing hearing be continued to March 16, 2017 at 9:00 a.m. Any reply or opposition to defendant's motion for correction shall be due on or before March 9, 2017.

DATED: February 27, 2017          /s/ Timothy E. Warriner, Attorney for
                                  Defendant, Israel Washington

DATED: February 27, 2017          /s/ Jason Hitt, Assistant U.S.Attorney

1

<u>ORDER</u>

GOOD CAUSE APPEARING, the court continues the judgment and sentencing hearing to March 16, 2017 at 9:00 a.m. Any reply or opposition to defendant's motion for correction shall be due on or before March 9, 2017.

IT IS SO ORDERED.

Dated:  February 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE