1 | MCGREGOR W. SCOTT
United States Attorney
2 | JASON HITT
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6 | Attorneys for Plaintiff
United States of America
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,

| CASE NO.  2:13-CR-00206-MCE

11 | Plaintiff,

| STIPULATION REGARDING SCHEDULE
FOR DEFENDANT'S MOTION TO REDUCE
12 | v. | SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A);
FINDINGS AND ORDER
13 | ISRAEL WASHINGTON,

14 | Defendant.

15

16 | **STIPULATION**

17 |     Plaintiff United States of America (the "government"), by and through its counsel of record, and

18 | the defendant, by and through his counsel of record, hereby stipulate as follows:

19 |     1.     The defendant filed a motion for compassionate release on November 09, 2020.  Docket

20 | No. 232.  The government's response is due on November 20, 2020, with any reply from the defendant

21 | due on November 27, 2020.  Docket No. 233.

22 |     2.     Counsel for the government requests additional time to obtain relevant records and draft

23 | the government's response to the defendant's motion.  The defendant does not oppose the government's

24 | request.

25 |     3.     Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

26 | schedule on the defendant's motion as follows:

27 |     a)     The government's response to the defendant's motion to be filed on or before

28 | December 7, 2020;

STIPULATION RE BRIEFING SCHEDULE

1

1         b)     The defendant's reply to the government's response to be filed on or before

2    December 14, 2020.

3         IT IS SO STIPULATED.

4

5    Dated:  November 20, 2020              McGREGOR W. SCOTT
                                       United States Attorney

6

7                                     /s/ JASON HITT
                                     JASON HITT

8                                     Assistant United States Attorney

9

10   Dated:  November 20, 2020              /s/ TIMOTHY WARRINER
                                     TIMOTHY WARRINER

11                                     Counsel for Defendant
                                     ISRAEL WASHINGTON

12

13

14                         **FINDINGS AND ORDER**

15        Based upon the stipulation and representations of the parties, the Court adopts the following as a

16  revised briefing schedule regarding the defendant's motion for sentence reduction:

17        a)     The government's response to the defendant's motion, Docket No. 232, is due on or

18  before December 7, 2020;

19        b)     The defendant's reply to the government's response, if any, is due on December 14,

20  2020.

21        IT IS SO ORDERED.

22

23  Dated:  November 24, 2020

24

25                                         MORRISON C. ENGLAND, JR
                                       SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION RE BRIEFING SCHEDULE         2