UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ISRAEL WASHINGTON,<br><br>Movant. | No. 2:13-cr-0206 TLN AC<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, has filed a motion to strike respondent's opposition to his § 2255 motion. ECF No. 263. He seeks to strike the opposition on the ground that it fails to address the issue in his § 2255 motion. Id.

Movant's motion to vacate challenges the denial of a request to have witness testimony read back to the jury. ECF No. 249. Respondent's opposition addresses this claim. ECF No. 262. The motion to strike will therefore be denied. Movant will be provided an extension of time to file a reply in support of his § 2255 motion. If movant does not file a further reply, the motion to strike will be construed as a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion to strike (ECF No. 263) is DENIED.

////

1

2. Movant may file a reply to respondent's opposition within twenty-one days of the service of this order.

DATED: June 14, 2022

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE