UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ISRAEL WASHINGTON,<br><br>Movant. | No. 2:13-cr-00206-TLN-AC<br><br><br><br>**ORDER** |

Movant is a federal prisoner proceeding *pro se* on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On July 5, 2022, Movant filed objections to the magistrate judge's June 15, 2022 order denying his motion to strike the government's response to his § 2255 motion. (ECF No. 266.) The federal rules permit a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); Fed. R. Crim. P. 59(a). Local Rule 303(f) also provides that a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."

Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

1

Therefore, IT IS HEREBY ORDERED that:

1. Movant's objections, (ECF No. 266), are overruled and the magistrate judge's June 15, 2022 Order denying Movant's motion to strike, (ECF No. 264), is affirmed.

2. Movant may file a reply to Respondent's opposition within twenty-one days of the service of this Order.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge